## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

IN RE:                                                    CASE NO. 18-51684

Kimberly W. Poff                                          CHAPTER 13

                                                          JUDGE Gregory R. Schaaf

Debtor

**AGREED ORDER CONTINUING HEARING ON MOTION FOR RELIEF**

This matter is before the Court upon the agreement of Capital One Auto Finance, a division of Capital One, N.A. ("Creditor") and Debtor to continue the hearing on the Motion for Relief from Automatic Stay. The parties indicate that they are in the process of resolving the pending Motion and request additional time to do so. The parties agree that the Motion shall be heard on the 7th day of March, 2019 at 9:30 a.m. . The matter shall be heard at U.S. Bankruptcy Court, Community Trust Building, 100 East Vine Street, Ch 13 Courtroom, Lexington, KY 40507 before the Judge Gregory R. Schaaf.

**IT IS SO ORDERED.**

Agreed upon:

/s/ Molly Slutsky Simons
Molly Slutsky Simons (97962)
Attorney for Creditor
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone:  513.444.4100
bankruptcy@sottileandbarile.com

/s/ John M Simms
John M Simms
Attorney for Debtor
1608 Harrodsburg Rd.
Lexington, KY 40504
Phone: 859.225.1745
jms@ask-law.com
(E-Mail authorization received 02/06/2019)

Pursuant to Local Rule 9022-1(c), D. Anthony Sottile shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(c) and shall file with the court a certificate of service of the order upon such parties within ten (10) days hereof.

**DISTRIBUTION LIST:**

John M Simms, Debtor's Counsel
jms@ask-law.com

Beverly M. Burden, Chapter 13 Trustee
Notices@Ch13EDKY.com

U.S. Trustee
ustpregion08.lx.ecf@usdoj.gov

Kimberly W. Poff, Debtor
3640 Bold Bidder Dr.
Apt 25
Lexington, KY 40517

Madison Poff, Non-Filing Co-Debtor
2177 Santa Anita Dr.
Lexington, KY 40516-9668

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Wednesday, February 06, 2019**
**(tnw)**